**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PRINCIPAL FINANCIAL SERVICES, INC., | ) | |
| an Iowa Corporation, | ) | |
| and | ) | |
| PRINCIPAL GLOBAL INVESTORS, LLC, | ) | CIVIL ACTION NO.: |
| a Delaware Limited Liability Company, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| GO DADDY OPERATING COMPANY, LLC | ) | |
| a Delaware Limited Liability Company, | ) | |
| and | ) | |
| GODADDY.COM, LLC, | ) | |
| a Delaware Limited Liability Company, | ) | |
| and | ) | |
| DOMAINS BY PROXY, LLC | ) | |
| a Delaware Limited Liability Company, | ) | |
| and | ) | |
| NEW WAVE NETCONNECT LLC, | ) | |
| a New York Limited Liability Company, | ) | |
| and | ) | |
| JOHN DOE, | ) | |
| an unknown registrant. | ) | |
| | ) | |
| Defendants. | ) | |

**COMPLAINT FOR TRADEMARK INFRINGEMENT,
UNFAIR COMPETITION, DECEPTIVE TRADE PRACTICES,
CYBERSQUATTING AND TRADEMARK DILUTION**

Plaintiffs PRINCIPAL FINANCIAL SERVICES, INC. and PRINCIPAL GLOBAL

INVESTORS, LLC, (collectively "Plaintiffs") for its complaint against Defendants GO DADDY

OPERATING COMPANY, LLC, GODADDY.COM, LLC, DOMAINS BY PROXY, LLC, NEW

WAVE NETCONNECT LLC and JOHN DOE (collectively "Defendants") state as follows:

**<u>NATURE OF THE ACTION</u>**

1.       In this action, Plaintiffs seek injunctive and monetary relief for acts of trademark

infringement, unfair competition, deceptive trade practices, cybersquatting and trademark dilution.

This action arises under the Lanham Act, Title 15, United States Code § 1051, *et seq*., and the

statutes and common laws of the State of Illinois.

## PARTIES

2.      Plaintiff PRINCIPAL FINANCIAL SERVICES, INC. is a corporation duly

organized and existing under the laws of the State of Iowa and located at 711 High Street, Des

Moines, Iowa 50392 (hereinafter "PFSI").

3.      Plaintiff PRINCIPAL GLOBAL INVESTORS, LLC is a limited liability company

duly organized and existing under the laws of the State of Delaware and located at 711 High

Street, Des Moines, Iowa 50392 (hereinafter "Plaintiff" and/or "PGI").  PRINCIPAL GLOBAL

INVESTORS, LLC is an indirect wholly owned subsidiary of PRINCIPAL FINANCIAL

SERVICES, INC.

4.      Plaintiff PFSI is the owner of the famous family of PRINCIPAL and PRINCIPAL

formative trademarks in the United States and throughout the world.  PFSI, through its various

member companies and licensees, uses its famous family of PRINCIPAL and PRINCIPAL

formative trademarks in interstate commerce and throughout the world in connection with a

variety of services including, but not limited to, real estate, investment, investment management,

investment advisory, lending, insurance, underwriting, employee benefits, estate planning, tax

consultation, financial, banking, mutual funds, retirement, global asset management, and

healthcare related services.

5.      Upon information and belief, Defendant GO DADDY OPERATING COMPANY,

LLC is a limited liability company duly organized and existing under the laws of the State of

Delaware with its principal place of business at 14455 N. Hayden Rd., Ste. 226, Scottsdale,

Arizona 85260.

6.      Upon information and belief, Defendant GO DADDY OPERATING COMPANY,

LLC is the parent company of Defendant GODADDY.COM, LLC which is an Internet domain

name registrar that offers services throughout the State of Illinois and in interstate commerce and

is the Registrar of the domain name principalglobalinvestorsllc.com.

7.     Upon information and belief, Defendant GODADDY.COM, LLC is a limited

liability company duly organized and existing under the laws of the State of Delaware with its

principal place of business at 14455 N. Hayden Rd., Ste. 226, Scottsdale, Arizona 85260.

8.     Upon information and belief, Defendant GODADDY.COM, LLC is an Internet

domain name registrar that offers services throughout the State of Illinois and in interstate

commerce and is the Registrar of the domain name principalglobalinvestorsllc.com. A true and

correct copy of the WHOIS information for the domain name principalglobalinvestorsllc.com is

attached hereto as Exhibit A.

9.     Upon information and belief, Defendant DOMAINS BY PROXY, LLC is a limited

liability company duly organized and existing under the laws of the State of Delaware with its

principal place of business at 14747 N. Northsight Blvd., Ste. 111, Scottsdale, Arizona 85260.

10.     Upon information and belief, Defendant DOMAINS BY PROXY, LLC offers

Internet WHOIS privacy services throughout the State of Illinois and in interstate commerce and is

the Registrar of the domain name principalglobalinvestorsllc.com. See Exhibit A.

11.      Upon information and belief, Defendant NEW WAVE NETCONNECT LLC is a

limited liability company duly organized and existing under the laws of the State of New York

with places of business at 2200 Busse Road, Elk Grove Village, Illinois 60007 and 9697 Garden

Walk, Clarence City, New York 14032.

12.     Upon information and belief, Defendant NEW WAVE NETCONNECT LLC is an

Internet Service Provider ("ISP") that offers web site hosting and virtual private server services

("VPS") throughout the State of Illinois and in interstate commerce and is the ISP for the web site

located at the url http://www.principalglobalinvestorsllc.com.  See Exhibit A.

13.     Upon information and belief, Defendant JOHN DOE is the unknown Registrant of

the domain name principalglobalinvestorsllc.com and purports to be located at 65 East Wacker

Place, Suite 610, Chicago, Illinois 60601.

14.     Upon information and belief, Defendant JOHN DOE offers residential, commercial

and industrial real estate management services as well as resale and rental of time share

memberships throughout the State of Illinois and in interstate commerce under the trade name and

service mark PRINCIPAL GLOBAL INVESTORS LLC and at the website located at the url

http://www.principalglobalinvestorsllc.com.  PFSI is unable to ascertain the true identity of

Defendant JOHN DOE, the unknown Registrant of the domain name

principalglobalinvestorsllc.com, whether individual, corporate or otherwise, because the WHOIS

record for said domain name registration is privacy protected by a domain name privacy service

provided by Defendant DOMAINS BY PROXY, LLC.  (See Exhibit A.)  PFSI will seek leave to

amend this Complaint to allege the true identity of Defendant JOHN DOE once this information is

able to be ascertained.

## JURISDICTION AND VENUE

15.     This is a civil action arising under the Lanham Act of the United States, 15 U.S.C.

§ 1051 *et seq.*, subject matter being conferred on this Court under 15 U.S.C. § 1121, 28 U.S.C.

§ 1332, 28 U.S.C. §§ 1338(a) and (b), and 28 U.S.C. § 1367.

16.     This is an action in which the Plaintiffs and Defendants are citizens of different

states and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

17.     Defendants transact business within this District and have sufficient minimum

contacts with the State of Illinois.  Defendants have purposefully availed themselves of the

benefits of doing business in Illinois by actually transacting business in Illinois, and can

reasonably anticipate being hauled into court in Illinois as a result of those business transactions.

18.     This Court has personal jurisdiction over Defendants pursuant to the Illinois long-

arm statute, 735 Ill. Comp. Stat. 5/2-209 *et seq.* and such assertion is in accordance with the Due

Process Clause of the Fourteenth Amendment of the United States Constitution.

19.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c).

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

### PFSI's PRINCIPAL Family of Trademarks

20.     PFSI and/or its affiliates, licensees or predecessors-in-interest are, and have been for many years, engaged in marketing, advertising and providing a wide variety of real estate, investment, investment management, investment advisory, lending, insurance, underwriting, employee benefits, estate planning, tax consultation, financial, banking, mutual funds, retirement, global asset management, and healthcare related services (hereinafter "Plaintiffs' Services").

21.     PFSI is the owner of its famous family of PRINCIPAL and PRINCIPAL formative trademarks, including, but not limited to, the following current and subsisting U.S. registrations, pending applications, common law marks, and trade names (hereinafter collectively referred to as the "PRINCIPAL Family of Marks"):

| Mark | Reg. No. | Reg. Date | Services |
|---|---|---|---|
| THE PRINCIPAL EDGE | 1,469,375 Incontestable | 12/15/87 | Life, health, accident and casualty insurance underwriting services, investment management services, administering annuities, mutual funds, pensions and income programs for others and register investment advisory services |
| THE PRINCIPAL FINANCIAL GROUP | 1,502,424 Incontestable | 08/30/88 | Consulting and contract management services to preferred provider organizations; arranging for prepaid medical care for others; health care services rendered through preferred provider organizations |
|  | 1,504,246 Incontestable | 09/13/88 | Consulting and contract management services to preferred provider organizations; arranging for prepaid medical care for others; health care services rendered through preferred provider organizations |
|  | 1,508,542 Incontestable | 10/11/88 | Life, health insurance and reinsurance underwriting and brokerage services; underwriting, administering and managing annuities and pension funds for others; variable life insurance and variable annuities funded through a variety of funding media |
| THE PRINCIPAL FINANCIAL GROUP (Stylized) | 1,508,543 Incontestable | 10/11/88 | Life, health insurance and reinsurance underwriting and brokerage services; underwriting, administering and managing annuities and pension funds for others; variable life insurance and variable annuities funded through a variety of funding media |

| Mark | Reg. No. | Reg. Date | Services |
|---|---|---|---|
| THE PRINCIPAL (Stylized) | 1,508,544 Incontestable | 10/11/88 | Life, health insurance and reinsurance underwriting and brokerage services; underwriting, administering and managing annuities and pension funds for others; variable life insurance and variable annuities funded through a variety of funding media |
|  | 1,530,022 Incontestable | 03/14/89 | Life, health insurance underwriting services, investment management services, administering annuities, mutual funds, pensions and income programs for others, registered investment advisory services and broker-dealer securities services |
|  | 1,530,023 Incontestable | 03/14/89 | Life, health insurance underwriting services, investment management services, administering annuities, mutual funds, pensions and income programs for others, registered investment advisory services and broker-dealer securities services |
|  | 1,531,199 Incontestable | 03/21/89 | Life, health insurance underwriting services, investment management services, administering annuities, mutual funds, pensions and income programs for others, registered investment advisory services and broker-dealer securities services |
| THE PRINCIPAL PLAN | 1,561,335 Incontestable | 10/17/89 | Arranging for pre-paid medical care for others |
| PRINCIPAL | 1,562,541 Incontestable | 10/24/89 | Financial analysis and consulting, management of securities and securities brokerage services |
|  | 1,698,013 Incontestable | 06/30/92 | Real estate leasing and management services |
| THE PRINCIPAL FINANCIAL GROUP | 1,740,172 Incontestable | 12/15/92 | Commercial and residential real estate services; namely, brokerage, investment, management, mortgage loan, and valuation services |
| THE PRINCIPAL | 1,740,181 Incontestable | 12/15/92 | Commercial and residential real estate services; namely, brokerage, investment, management, mortgage loan, and valuation services |
| PRINCIPAL BANK | 2,843,297 Incontestable | 05/18/04 | Retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |
| PRINCIPAL GLOBAL INVESTORS | 3,053,544 Incontestable | 01/31/06 | Financial services, namely, portfolio management, financial market analysis, asset management, mortgage lending, real estate and securities investment management and investment management advisory services |
|  | 3,095,382 Incontestable | 05/23/06 | Retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |
| PRINCIPAL FREEDOM | 3,107,136 Incontestable | 06/20/06 | Financial services, namely, variable annuities |
| PRINCIPAL ADVANTAGE | 3,174,382 Incontestable | 11/21/06 | Life, health, accident and casualty insurance underwriting and brokerage services, investment management services, underwriting, administering and managing annuities, mutual funds, pensions and |

| Mark | Reg. No. | Reg. Date | Services |
|---|---|---|---|
| | | | income programs for others, registered investment advisory services and management of securities and securities brokerage services |
|  | 3,297,647 Incontestable | 09/25/07 | Annuities underwriting and investment, management of, distribution and administration services, namely, providing administrative services for fixed and variable annuities; funds investment; trust and custodial services for retirement plans, namely, investment of funds for others in the field of mutual funds and individual retirement accounts; administration of employee pension plans; financial services in the nature of an investment security; investment management services; mutual fund investment, distribution and brokerage; administration of employer provided and individual pension and fixed investment income programs; registered investment advisory services and broker-dealer securities services, namely, brokering and trading in securities and providing investment advisory services; banking services; consumer loan financing; pension plan consulting; estate planning; financial planning; administration services of insurance in the fields of life, disability, dental, prescription drug, vision and accidental death and dismemberment; administration of employee benefit plans, namely, deferred compensation benefit plans, profit sharing plans, cafeteria plans and other employee benefit plans; insurance underwriting and brokerage services for groups and individuals in the fields of life, disability and dental; real estate mortgage lending and mortgage asset procurement for others; maintaining real estate mortgage escrow accounts; real estate investment services; real estate management; leasing of commercial real estate; financial investment in the field of real estate development; providing administration services to employee welfare benefit plans and pre-paid dental plans and claims administration, namely, claims processing; and retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |
| PRINCIPAL | 3,324,583 Incontestable | 10/30/07 | Annuities underwriting and investment, management of, distribution and administration services, namely, providing administrative services for fixed and variable annuities; funds investment; trust and custodial services for retirement plans, namely, investment of funds for others in the field of mutual funds and individual retirement accounts; administration of employee pension plans; financial services in the nature of an investment security; investment management services; mutual fund investment, distribution and brokerage; administration of employer provided and individual pension and fixed investment income programs; registered investment advisory services and broker-dealer securities services, namely, brokering and trading in securities and providing investment advisory services; banking services; consumer loan financing; pension plan consulting; estate planning; financial planning; administration services of insurance in the fields of life, disability, dental, prescription drug, vision and accidental death and dismemberment; administration of employee benefit plans, namely, deferred compensation benefit |

| Mark | Reg. No. | Reg. Date | Services |
|---|---|---|---|
| | | | plans, profit sharing plans, cafeteria plans and other employee benefit plans; insurance underwriting and brokerage services for groups and individuals in the fields of life, disability and dental; real estate mortgage lending and mortgage asset procurement for others; maintaining real estate mortgage escrow accounts; real estate investment services; real estate management; leasing of commercial real estate; financial investment in the field of real estate development; providing administration services to employee welfare benefit plans and pre-paid dental plans and claims administration, namely, claims processing; and retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |
|  | 3,368,180 Incontestable | 01/15/08 | Financial services, namely, mutual fund investment services |
| PRINCIPAL FUNDS | 3,368,181 Incontestable | 01/15/08 | Financial services, namely, mutual fund investment services |
| THE PRINCIPAL CHARITY CLASSIC | 3,369,005 Incontestable | 1/15/08 | Golf umbrellas; plastic water bottles sold empty; jackets; hats; t-shirts; golf shirts; golf balls; entertainment in the nature of golf tournaments |
|  | 3,400,594 Incontestable | 03/25/08 | Financial services, namely, portfolio management, financial market analysis, asset management, mortgage lending, real estate and securities investment management and investment management advisory services |
|  | 3,456,731 Incontestable | 07/01/08 | Golf umbrellas; plastic water bottles sold empty; jackets; hats; t-shirts; golf shirts; golf balls; entertainment in the nature of golf tournaments |
|  | 3,461,024 | 07/08/08 | Financial sponsorship of automobile racing teams; financial sponsorship of sporting and entertainment venues; entertainment in the nature of family-oriented festivals |
|  | 3,461,025 | 07/08/08 | Shirts; annuities underwriting and investment, management of, distribution and administration services, namely, providing administrative services for fixed and variable annuities; funds investment; trust and custodial services for retirement plans, namely, investment of funds for others in the field of mutual funds and individual retirement accounts; administration of employee pension plans; financial services in the nature of an investment security; investment management services; mutual fund investment, distribution and brokerage; administration |

| Mark | Reg. No. | Reg. Date | Services |
|------|----------|-----------|----------|
| | | | of employer provided and individual pension and fixed investment income programs; registered investment advisory services and broker-dealer securities services, namely, brokering and trading in securities and providing investment advisory services; banking services; consumer loan financing; pension plan consulting; estate planning; financial planning; administration services of insurance in the fields of life, health, disability, dental, prescription drug, vision and accidental death and dismemberment; administration of employee benefit plans, namely, deferred compensation benefit plans, profit sharing plans and cafeteria plans; insurance underwriting and brokerage services for groups and individuals in the fields of life, health, disability and dental; mortgage banking services; mortgage brokerage services; real estate mortgage lending and mortgage asset procurement for others; maintaining real estate mortgage escrow accounts; real estate investment services; real estate management; leasing of commercial real estate; financial investment in the field of real estate development; providing administration services to employee welfare benefit plans and pre-paid dental plans and claims administration, namely, claims processing. and retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |
| **Principal** *Wellness Company* | 3,961,137 | 5/17/11 | Managed health care services, namely, preventive medical screenings, and wellness programs; providing health care information in the field of health and wellness |
| PRINCIPAL REAL ESTATE INVESTORS | 4,111,149 | 3/13/2012 | Real estate investment services; real estate management services |
| **Principal** *Real Estate Investors* | 4,130,738 | 4/24/2012 | Real estate investment services; real estate management services |
| PRINCIPAL GLOBAL FIXED INCOME | 4,396,203 | 09/03/2013 | Financial services, namely portfolio management, financial market analysis, asset management, and investment management advisory services |
| **Principal** *Global Fixed Income* | 4,396,202 | 09/03/2013 | Financial services, namely portfolio management, financial market analysis, asset management, and investment management advisory services |
| PRINCIPAL FINANCIAL GROUP | (pending app) 85811463 | n/a | Annuities underwriting and investment, management of, distribution and administration services, namely, providing administrative services for fixed and variable annuities; funds investment; trust and custodial services for retirement plans, namely, investment of funds for others in the field of mutual funds and individual retirement accounts; administration of employee pension plans; financial services in the |

| Mark | Reg. No. | Reg. Date | Services |
|---|---|---|---|
| | | | nature of an investment security; investment management services; mutual fund investment, distribution and brokerage; administration of employer provided and individual pension and fixed investment income programs; registered investment advisory services and broker-dealer securities services, namely, brokering and trading in securities and providing investment advisory services; banking services; consumer loan financing; pension plan consulting; estate planning; financial planning; administration services of insurance in the fields of life, disability, dental, prescription drug, vision and accidental death and dismemberment; administration of employee benefit plans, namely, deferred compensation benefit plans, profit sharing plans, cafeteria plans and other employee benefit plans; insurance underwriting and brokerage services for groups and individuals in the fields of life, disability and dental; real estate mortgage lending and mortgage asset procurement for others; maintaining real estate mortgage escrow accounts; real estate investment services; real estate management; leasing of commercial real estate; financial investment in the field of real estate development; providing administration services to employee welfare benefit plans and pre-paid dental plans and claims administration, namely, claims processing; and retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |
| **Principal** *Financial* **Group** | (pending app) 85811,461 | n/a | Annuities underwriting and investment, management of, distribution and administration services, namely, providing administrative services for fixed and variable annuities; funds investment; trust and custodial services for retirement plans, namely, investment of funds for others in the field of mutual funds and individual retirement accounts; administration of employee pension plans; financial services in the nature of an investment security; investment management services; mutual fund investment, distribution and brokerage; administration of employer provided and individual pension and fixed investment income programs; registered investment advisory services and broker-dealer securities services, namely, brokering and trading in securities and providing investment advisory services; banking services; consumer loan financing; pension plan consulting; estate planning; financial planning; administration services of insurance in the fields of life, disability, dental, prescription drug, vision and accidental death and dismemberment; administration of employee benefit plans, namely, deferred compensation benefit plans, profit sharing plans, cafeteria plans and other employee benefit plans; insurance underwriting and brokerage services for groups and individuals in the fields of life, disability and dental; real estate mortgage lending and mortgage asset procurement for others; maintaining real estate mortgage escrow accounts; real estate investment services; real estate management; leasing of commercial real estate; financial investment in the field of real estate development; providing administration services to employee welfare benefit |

| Mark | Reg. No. | Reg. Date | Services |
|---|---|---|---|
| | | | plans and pre-paid dental plans and claims administration, namely, claims processing; and retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |
| PRINCIPAL LIFE INSURANCE COMPANY | (pending app) 85/811,459 | n/a | Annuities underwriting and investment, management of, distribution and administration services, namely, providing administrative services for fixed and variable annuities; funds investment; trust and custodial services for retirement plans, namely, investment of funds for others in the field of mutual funds and individual retirement accounts; administration of employee pension plans; financial services in the nature of an investment security; investment management services; mutual fund investment, distribution and brokerage; administration of employer provided and individual pension and fixed investment income programs; registered investment advisory services and broker-dealer securities services, namely, brokering and trading in securities and providing investment advisory services; banking services; consumer loan financing; pension plan consulting; estate planning; financial planning; administration services of insurance in the fields of life, disability, dental, prescription drug, vision and accidental death and dismemberment; administration of employee benefit plans, namely, deferred compensation benefit plans, profit sharing plans, cafeteria plans and other employee benefit plans; insurance underwriting and brokerage services for groups and individuals in the fields of life, disability and dental; real estate mortgage lending and mortgage asset procurement for others; maintaining real estate mortgage escrow accounts; real estate investment services; real estate management; leasing of commercial real estate; financial investment in the field of real estate development; providing administration services to employee welfare benefit plans and pre-paid dental plans and claims administration, namely, claims processing; and retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |
| PRINCIPAL GLOBAL EQUITIES | (pending app) 85/849,830 | n/a | Financial services, namely portfolio management, financial market analysis, asset management, and investment management advisory services |
| Principal Global Equities | (pending app) 85/849,834 | n/a | Financial services, namely portfolio management, financial market analysis, asset management, and investment management advisory services |

| Business Names |
| --- |
| PRINCIPAL ADMINISTRADORA GENERAL DE FONDOS S.A. |
| PRINCIPAL AFORE, S.A. DE C.V., PRINCIPAL GRUPO FINANCIERO |
| PRINCIPAL ASSET MANAGEMENT CHILE S.A. |
| PRINCIPAL ASSET MANAGEMENT COMPANY (ASIA) LIMITED |
| PRINCIPAL AUSTRALIA (HOLDINGS) PTY LIMITED |
| PRINCIPAL BANK |
| PRINCIPAL COMMERCIAL ACCEPTANCE, LLC |
| PRINCIPAL COMMERCIAL FUNDING, LLC |
| PRINCIPAL COMPANIA DE SEGUROS DE VIDA CHILE S.A. |
| PRINCIPAL CONSULTING (INDIA) PRIVATE LIMITED |
| PRINCIPAL DENTAL SERVICES, INC. |
| PRINCIPAL DEVELOPMENT INVESTORS, LLC |
| PRINCIPAL EDGE NETWORK – AUSTIN, LLC |
| PRINCIPAL EDGE NETWORK – DALLAS FT. WORTH, INC. |
| PRINCIPAL EDGE NETWORK – GEORGIA, LLC |
| PRINCIPAL EDGE NETWORK – SAN ANTONIO, LLC |
| PRINCIPAL EDGE NETWORK – TENNESSEE, LLC |
| PRINCIPAL EDGE NETWORK HOLDINGS, INC. |
| PRINCIPAL ENTERPRISE CAPITAL, LLC |
| PRINCIPAL FINANCIAL ADVISORS, INC. |
| PRINCIPAL FINANCIAL GROUP, INC. |
| PRINCIPAL FINANCIAL GROUP (MAURITIUS) LTD. |
| PRINCIPAL FINANCIAL GROUP, S.A. DE C.V., GRUPO FINANCIERO |
| PRINCIPAL FINANCIAL SERVICES, INC. |
| PRINCIPAL FINANCIAL SERVICES (AUSTRALIA), INC. |
| PRINCIPAL FINANCIAL SERVICES I (UK) LLP |
| PRINCIPAL FINANCIAL SERVICES I (US), LLC |
| PRINCIPAL FINANCIAL SERVICES II (UK) LTD. |
| PRINCIPAL FINANCIAL SERVICES II (US), LLC |
| PRINCIPAL FINANCIAL SERVICES III (UK) LTD. |
| PRINCIPAL FINANCIAL SERVICES LATIN AMERICA LTD. |
| PRINCIPAL FONDOS DE INVERSION, S.A. DE C.V., OPERADORA DE FONDOS DE INVERSION, PRINCIPAL GRUPO FINANCIERO |
| PRINCIPAL FUNDS DISTRIBUTOR, INC. |
| PRINCIPAL GENERATION PLANT, LLC |
| PRINCIPAL GLOBAL COLUMBUS CIRCLE, LLC |
| PRINCIPAL GLOBAL INVESTORS (ASIA) LIMITED |
| PRINCIPAL GLOBAL INVESTORS (AUSTRALIA) LIMITED |
| PRINCIPAL GLOBAL INVESTORS (AUSTRALIA) SERVICE COMPANY PTY LIMITED |
| PRINCIPAL GLOBAL INVESTORS (EUROPE) LIMITED |
| PRINCIPAL GLOBAL INVESTORS (HONG KONG) LIMITED |
| PRINCIPAL GLOBAL INVESTORS (IRELAND) LIMITED |
| PRINCIPAL GLOBAL INVESTORS (JAPAN) LIMITED |
| PRINCIPAL GLOBAL INVESTORS (SINGAPORE) LIMITED |
| PRINCIPAL GLOBAL INVESTORS HOLDING COMPANY, INC. |
| PRINCIPAL GLOBAL INVESTORS PARTICIPACOES, LTDA |
| PRINCIPAL GLOBAL INVESTORS TRUST |
| PRINCIPAL GLOBAL INVESTORS, LLC |
| PRINCIPAL GLOBAL SERVICES PRIVATE LIMITED |
| PRINCIPAL HOLDING CHILE SPA (CHILE) |
| PRINCIPAL HOLDING COMPANY CHILE S.A. |
| PRINCIPAL HOLDING COMPANY, LLC |
| PRINCIPAL INSTITUTIONAL CHILE S.A. |
| PRINCIPAL INSURANCE COMPANY (HONG KONG) LIMITED |
| PRINCIPAL INTERNATIONAL (ASIA) LIMITED |
| PRINCIPAL INTERNATIONAL DE CHILE S.A. |
| PRINCIPAL INTERNATIONAL HOLDING COMPANY, LLC |
| PRINCIPAL INTERNATIONAL LATIN AMERICA LTD. |
| PRINCIPAL INTERANTIONAL SOUTH AMERICA I LTD. |
| PRINCIPAL INTERANTIONAL SOUTH AMERICA II LTD. |
| PRINCIPAL INTERANTIONAL SOUTH AMERICA II LTD., AGENCIA EN CHILE |

| Business Names |
|---|
| PRINCIPAL INTERNATIONAL, INC. |
| PRINCIPAL INVESTORS CORPORATION |
| PRINCIPAL LIFE INSURANCE COMPANY |
| PRINCIPAL LIFE INSURANCE COMPANY OF IOWA |
| PRINCIPAL MANAGEMENT CORPORATION |
| PRINCIPAL MEXICO COMPANIA DE SEGUROS S.A. DE C.V., PRINCIPAL GRUPO FINANCIERO |
| PRINCIPAL MEXICO SERVICIOS, S.A. DE C.V. |
| PRINCIPAL NATIONAL LIFE INSURANCE COMPANY |
| PRINCIPAL NOMINEE COMPANY (HONG KONG) LIMITED |
| PRINCIPAL PENSIONES, S.A. DE C.V., PRINCIPAL GRUPO FINANCIERO |
| PRINCIPAL PNB ASSET MANAGEMENT COMPANY PRIVATE LIMITED |
| PRINCIPAL REAL ESTATE FUND INVESTORS, LLC. |
| PRINCIPAL REAL ESTATE HOLDING COMPANY, LLC |
| PRINCIPAL REAL ESTATE INVESTORS, LLC |
| PRINCIPAL REAL ESTATE PORTFOLIO, INC. |
| PRINCIPAL REINSURANCE COMPANY OF DELAWARE |
| PRINCIPAL REINSURANCE COMPANY OF VERMONT |
| PRINCIPAL RETIREMENT ADVISORS PRIVATE LIMITED |
| PRINCIPAL SHAREHOLDER SERVICES, INC. |
| PRINCIPAL TRUST COMPANY (ASIA) LIMITED |
| PRINCIPAL TRUSTEE COMPANY PRIVATE (INDIA) LIMITED |
| PRINCIPAL WELLNESS COMPANY |
| CCB PRINCIPAL ASSET MANAGEMENT COMPANY, LTD |
| CIMB PRINCIPAL ISLAMIC ASSET MANAGEMENT SDN. BHD. |
| CIMB WEALTH ADVISORS BERHAD |
| CIMB-PRINCIPAL ASSET MANAGEMENT (SINGAPORE) PTE LTD |
| CIMB-PRINCIPAL ASSET MANAGEMENT BETHAD |
| CIMB-PRINCIPAL ASSET MANAGEMENT COMPANY LIMITED (THAILAND) |
| DISTRIBUIDORA PRINCIPAL MEXICO, S.A. DE C.V. |
| HIPOTECARIA CRUZ DEL SUR PRINCIPAL, S.A. (CHILE) |
| PFG DO BRASIL LTDA |
| PGI FINISTERRE HOLDING COMPANY LTD |
| PGI ORIGIN HOLDING COMPANY LTD |
| PRINCOR FINANCIAL SERVICES CORPORATION |
| PRINCORP WEALTH ADVISORS (ASIA) LIMITED |
| PT CIMB PRINCIPAL ASSET MANAGEMENT |

| Common Law  Names |
|---|
| PRINCIPAL ADMINISTRATIVE EASE PROGRAM |
| PRINCIPAL ADVOCATE EDGE |
| PRINCIPAL ADVANTAGE FOR EMERGING BUSINESS |
| PRINCIPAL ADVISORY SELECT PORTFOLIOS |
| PRINCIPAL ANNUITY EDGE |
| PRINCIPAL ANNUITY LEGACY |
| PRINCIPAL ANNUITY NEWSWIRE |
| PRINCIPAL ANNUITY PLUS |
| PRINCIPAL ASSET RETENTION PROGRAM |
| PRINCIPAL ASSET REWARD PROGRAM |
| PRINCIPAL ASO ESSENTIALS |
| PRINCIPAL AUTOMATIC STANDARD APPROVAL PROGRAM |
| PRINCIPAL BANK AUTOMATIC LOAN PAYMENT |
| PRINCIPAL BANK CASH ACCOUNT |
| PRINCIPAL BANK CHANGE A RATE CD |
| PRINCIPAL BANK CHOICE CHECKING |
| PRINCIPAL BANK EASY LADDER CD |
| PRINCIPAL BANK $50,000 HOME MAKEOVER SWEEPSTAKES |
| PRINCIPAL BANK HIGH YIELD IRA |
| PRINCIPAL BANK MONEY MARKET CASH SWEEP |
| PRINCIPAL BANK MONEY MARKET IRA |

| *Common Law Names* |
|---|
| PRINCIPAL BANK MONEY MOVEMENT |
| PRINCIPAL BANK SAFE HARBOR IRA |
| PRINCIPAL BANK SECURE |
| PRINCIPAL BENCHMARK REPORT:  EMPLOYER SPONSORED RETIREMENT SOLUTIONS FOR KEY EMPLOYEES |
| PRINCIPAL FUNDING DESIGN TOOL |
| PRINCIPAL FUNDING EXCHANGE |
| PRINCIPAL BUSINESS SUCCESSION REVIEW |
| PRINCIPAL CAPITAL INCOME INVESTORS |
| PRINCIPAL CANCER CARE PROGRAM |
| PRINCIPAL CLASSIC COMPREHENSIVE MEDICAL |
| PRINCIPAL CLASSIC PPO |
| PRINCIPAL CLASSIC PPO PLUS |
| PRINCIPAL CLASSIC VALUE PPO |
| PRINCIPAL COACHES CHALLENGE |
| PRINCIPAL COLLEGE BOUND FUND |
| PRINCIPAL COLLEGE SAVINGS PROGRAM |
| PRINCIPAL.COM |
| PRINCIPAL COMMERCIAL MORTGAGE EDGE |
| PRINCIPAL COMPREHENSIVE RETIREMENT PROGRAM |
| PRINCIPAL DENTAL ACCESS NETWORK |
| PRINCIPAL DENTAL HEALTH EDGE |
| PRINCIPAL DENTAL MEMBER ADVANTAGE PROGRAM |
| PRINCIPAL DENTAL SERIES |
| PRINCIPAL DIRECT CONNECT |
| PRINCIPAL DUE DILIGENCE PROGRAM |
| PRINCIPAL DYNAMIC PORTFOLIOS BY IBBOTSON |
| PRINCIPAL EARLY EDGE |
| PRINCIPAL EASE |
| PRINCIPAL EASE PROGRAM |
| PRINCIPAL EASY ENROLLMENT |
| PRINCIPAL ECONOMIC EDGE |
| PRINCIPAL EDGE NETWORK |
| PRINCIPAL EDGE NETWORK PREMIER |
| PRINCIPAL EDGE NETWORK - SELECT |
| PRINCIPAL EDGE VARIABLE ANNUITY |
| PRINCIPAL EDUCATION NETWORK |
| PRINCIPAL E-DISTRIBUTION SERVICES |
| PRINCIPAL E-DIVERSIFICATION SERVICES |
| PRINCIPAL E-ENROLL |
| PRINCIPAL E-FINANCIAL PROFESSIONAL |
| PRINCIPAL ELITE FIXED ANNUITY |
| PRINCIPAL EMPLOYEE FINANCIAL CENTER |
| PRINCIPAL EMPLOYEE TERM LIFE |
| PRINCIPAL EMPLOYER DRIVEN WELLNESS SOLUTION |
| PRINCIPAL ENROLLMENT SUITE |
| PRINCIPAL eRETIREMENT SOLUTIONS |
| PRINCIPAL ESOP EDGE |
| PRINCIPAL EXECUTIVE BONUS PLUS |
| PRINCIPAL EXECUTIVE EXCHANGE |
| PRINCIPAL EXECUTIVE RETIREMENT AND COMPENSATION SERVICE |
| PRINCIPAL EZ DEFINED BENEFIT/ PRINCIPAL EZ DB |
| PRINCIPAL FINANCIAL MILESTONES PROGRAM |
| PRINCIPAL FINANCIAL SECURITY REVIEW |
| PRINCIPAL FINANCIAL SECURITY SERIES |
| PRINCIPAL FINANCIAL SOLUTIONS EXPLORER |
| PRINCIPAL FINANCIAL WELL BEING |
| PRINCIPAL FIXED ANNUITY |
| PRINCIPAL FIXED ANNUITY PLUS |
| PRINCIPAL FIXED ANNUITY SELECT |
| PRINCIPAL FLOATING RATE SEPARATE ACCOUNT |

| Common Law Names |
|---|
| PRINCIPAL 403(b) CONSOLIDATOR |
| PRINCIPAL FUNDS |
| PRINCIPAL GLOBAL CREDIT OPPORTUNITIES FUND |
| PRINCIPAL GLOBAL FINANCIAL WELL BEING STUDY |
| PRINCIPAL GLOBAL INVESTORS COLLECTIVE INVESTMENT TRUST |
| PRINCIPAL GLOBAL NET |
| PRINCIPAL GLOBAL PROPERTY SECURITIES FUND |
| PRINCIPAL GREEN FUND I |
| PRINCIPAL GROWTH FIXED ANNUITY |
| PRINCIPAL GUARANTEED FIXED ANNUITY |
| PRINCIPAL GUARANTEED INCOME |
| PRINCIPAL HEALTH ASSESSMENT |
| PRINCIPAL HEALTH CARE |
| PRINCIPAL HEALTH COACHING |
| PRINCIPAL HEALTH INFO LINE |
| PRINCIPAL HEALTH SAVINGS ACCOUNT |
| PRINCIPAL HEALTH + WEALTH |
| PRINCIPAL HEALTHY CONNECTIONS |
| PRINCIPAL HEALTHY EDGE |
| PRINCIPAL HEALTHY ESSENTIALS |
| PRINCIPAL HEALTHY RESOURCES |
| PRINCIPAL HIGH QUALITY CANADIAN FIXED INCOME PLUS FUND |
| PRINCIPAL HOME ACCESS LINE |
| PRINCIPAL HOME EQUITY ACCESS LOAN |
| PRINCIPAL ILLUSTRATION EDGE |
| PRINCIPAL IMPACTPLUS |
| PRINCIPAL INCOME IRA |
| PRINCIPAL INCOME MANAGER |
| PRINCIPAL INCOME PROTECTOR |
| PRINCIPAL INCOME PROVIDER |
| PRINCIPAL INDUSTRIAL INVESTORS |
| PRINCIPAL INVESTMENT PLUS VARIABLE ANNUITY |
| PRINCIPAL IRA EXCHANGE |
| PRINCIPAL LIFE CORE NOTES |
| PRINCIPAL LIFE INCOME FUNDING |
| PRINCIPAL LIFE INSURANCE COMPANY |
| PRINCIPAL LIFERIGHT INSURANCE PROGRAM |
| PRINCIPAL LIFETIME |
| PRINCIPAL LIFETIME HORIZON FUND |
| PRINCIPAL LIFETIME INCOME SOLUTIONS |
| PRINCIPAL, LLC |
| PRINCIPAL LOAN CONNECTION |
| PRINCIPAL MANAGED ACCOUNT PROGRAM |
| PRINCIPAL MAXIMUM FUNDED VARIABLE UNIVERSAL LIFE |
| PRINCIPAL MEDICAL WELLNESS SERIES |
| PRINCIPAL MESSAGE CENTER |
| PRINCIPAL MESSENGER |
| PRINCIPAL MORTGAGE FUNDING |
| PRINCIPAL® MULTI-ASSET ADVISORS & DESIGN |
| PRINCIPAL NATIONAL LIFE INSURANCE COMPANY |
| PRINCIPAL NONQUALIFIED BENEFIT EXCHANGE |
| PRINCIPAL NONQUALIFIED EDGE PROGRAM |
| PRINCIPAL OPEN DOOR CLOSED END SECONDS |
| PRINCIPAL PARK |
| PRINCIPAL PARTNERS |
| PRINCIPAL PASSAGE DIRECT INVESTMENT PROGRAM |
| PRINCIPAL PASSAGE FEE BASED BROKERAGE ACCOUNT |
| PRINCIPAL PASSAGE MANAGED PORTFOLIO |
| PRINCIPAL PASSAGE PREMIER ASSET ALLOCATION SERVICE |
| PRINCIPAL PAYROLL PROGRAMS |
| PRINCIPAL PERFORMANCE ANNUITY |

| *Common Law  Names* |
| --- |
| PRINCIPAL PERFORMANCE ANNUITY 7 |
| PRINCIPAL PHYSICIAN REWARD PLAN |
| PRINCIPAL PLAN MANAGER EXCHANGE |
| PRINCIPAL PORTFOLIO CONSTRUCTION STRATEGIES |
| PRINCIPAL PREFERRED JUMBO MORTGAGE |
| PRINCIPAL PREVENTIVE SCREENING |
| PRINCIPAL PRIVILEGED PARTNERS PROGRAM |
| PRINCIPAL PRIVILEGES PARTNER PROGRAM |
| PRINCIPAL PRIORITY PASSPORT CLUB |
| PRINCIPAL PRIORITY ROLLOVER |
| PRINCIPAL PRODUCER WORKSPACE |
| PRINCIPAL REAL ESTATE SERVICES |
| PRINCIPAL REIMBURSEMENT ARRANGEMENT |
| PRINCIPAL RESIDENTIAL MORTGAGE DIRECT |
| PRINCIPAL RESIDENTIAL MORTGAGE HOMEGEN JUMBO LINE |
| PRINCIPAL RESOURCE CENTER |
| PRINCIPAL RETIRE SECURE |
| PRINCIPAL RETIREGUIDE |
| PRINCIPAL RETIREMENT ACCOUNT |
| PRINCIPAL RETIREMENT EDGE PROGRAM |
| PRINCIPAL RETIREMENT INCOME EDGE |
| PRINCIPAL RETIREMENT MILESTONES PROGRAM |
| PRINCIPAL RETIREMENT NAVIGATOR |
| PRINCIPAL RETIREMENT NETWORK FOR UNION MEMBERS |
| PRINCIPAL RETIREMENT OUTSOURCING |
| PRINCIPAL RETIREMENT PLANNING CENTER |
| PRINCIAPL RETIREMENT + |
| PRINCIPAL RETIREMENT RESOURCE CONSULTANT |
| PRINCIPAL RETURN-TO-WORK RESOURCES |
| PRINCIPAL RIVERWALK |
| PRINCIPAL ROLLOVER CHOICE |
| PRINCIPAL ROLLOVER OPTIONS |
| PRINCIPAL RX EDGE |
| PRINCIPAL SAVINGS BUILDER ANNUITY |
| PRINCIPAL S-CORPS BONUS PLUS |
| PRINCIPAL S OWNER PLUS |
| PRINCIPAL SECURE DECISIONS |
| PRINCIPAL SECURE FIXED ANNUITY |
| PRINCIPAL SECURE INCOME ANNUITY |
| PRINCIPAL SECUREDLOAN |
| PRINCIPAL SECURITY BUILDER RETIREMENT PROGRAM |
| PRINCIPAL SECURITY BUILDER RETIREMENT PROGRAM INDIVIDUAL 401(K) |
| PRINCIPAL SELECT DENTIST PROGRAM |
| PRINCIPAL SELECT REWARD PLAN |
| PRINCIPAL SELECT SERIES ANNUITY |
| PRINCIPAL SERVICES TRUST COMPANY |
| PRINCIPAL SINGLE PREMIUM DEFERRED ANNUITY |
| PRINCIPAL SPLIT DOLLAR PLUS |
| PRINCIPAL SPONSOR SERVICE CENTER |
| PRINCIPAL STEP AHEAD RETIREMENT OPTION |
| PRINCIPAL STRATEGIC ASSET MANAGEMENT |
| PRINCIPAL SURVIVOR LIFE INSURANCE WITH THE IBIS OPTION |
| PRINCIPAL SURVIVORSHIP UNIVERSAL LIFE PROTECTOR |
| PRINCIPAL SWITCH KIT |
| PRINCIPAL TOTAL RETIREMENT SUITE |
| PRINCIPAL TPA EDGE |
| PRINCIPAL TRAILBLAZER |
| PRINCIPAL TRUST COMPANY |
| PRINCIPAL TRUST INCOME FUND |
| PRINCIPAL TRUST TARGET DATE FUNDS |
| PRINCIPAL UNDERIGHT |

| *Common Law Names* |
| --- |
| PRINCIPAL UNIVERSAL LIFE FLEX |
| PRINCIPAL UNIVERSAL LIFE PREFERRED |
| PRINCIPAL UNIVERSAL LIFE PROTECTOR |
| PRINCIPAL UNIVERSAL LIFE PROTECTOR II |
| PRINCIPAL VALUE BASED HEALTH BENEFIT |
| PRINCIPAL VALUE UNIVERSAL LIFE |
| PRINCIPAL VARIABLE UNIVERSAL LIFE ACCUMULATOR |
| PRINCIPAL VARIABLE UNIVERSAL LIFE INCOME |
| PRINCIPAL VOLUNTARY BENEFITS EDGE |
| PRINCIPAL VOLUNTARY ROLLOVER INCOME |
| PRINCIPAL WELLNESS CLASSIC HRA |
| PRINCIPAL WELLNESS CLASSIC PPO |
| PRINCIPAL WELLNESS FSA |
| PRINCIPAL WELLNESS COMPANY |
| PRINCIPAL WHOLESALE MORTGAGE |
| PRINCIPAL WORK SECURE – 2004 |
| PRINCIPAL YEAR ROUND WELLNESS PROGRAM |
| MIDLANDS CHOICE - PRINCIPAL |
| MY PRINCIPAL®EDGE |
| MY PRINCIPAL®EDGE IN RETIREMENT |
| MY PRINCIPAL®EDGE STRATEGY |
| SOLUTIONS FOR ADVISORS FROM THE PRINCIPAL FINANCIAL GROUP |
| THE PRINCIPAL CHILD DEVELOPMENT CENTER |
| THE PRINCIPAL FINANCIAL GROUP® SECURE MAIL CENTER |
| THE PRINCIPAL MY VISIT |
| THE PRINCIPAL FINANCIAL DREAMS TOUR |
| THE PRINCIPAL RETIREMENT NEWSLETTER |
| THE PRINCIPAL® RIVER'S EDGE |
| THE PRINCIPAL® SECURE MAIL CENTER |
| THE PRINCIPAL® 10 BEST COMPANIES |
| THE PRINCIPAL WARRANTY |
| THE PRINCIPAL WELLNESS SOLUTION |
| YOUR MONEY UPDATE BY THE PRINCIPAL |

22.     Since at least as early as 1960, Principal, via its affiliates, licensees and/or predecessors-in-interest, has used one or more of the marks making up its famous PRINCIPAL Family of Marks in interstate commerce in connection with Plaintiffs' Services, specifically, financial analysis and consulting, management of securities and securities brokerage services.

23.     Since at least as early as 1985, Principal and/or its affiliates, licensees or predecessors-in-interest have used one or more of the marks making up the PRINCIPAL Family of Marks in interstate commerce in the United States and throughout the world in connection with real estate, investment, investment management, investment advisory, lending, insurance, underwriting, employee benefits, estate planning, tax consultation, financial, banking, mutual funds, retirement, global asset management, and healthcare related services.  Examples of such use of the PRINCIPAL GLOBAL INVESTORS mark are attached hereto as Exhibit B.

24.     Plaintiffs have made an enormous investment, exceeding one billion dollars, in advertising and promoting its products and services under the PRINCIPAL Family of Marks.  As a result, Plaintiffs have acquired extremely valuable goodwill in association with the PRINCIPAL Family of Marks, which has become famous and distinctive in connection with Plaintiffs' Services.  Plaintiffs' customers have come to rely on the PRINCIPAL Family of Marks as a symbol of quality and reliability.

25.     Copies of PFSI's U.S. trademark registrations are attached hereto as <u>Exhibit C</u>. Said registrations, currently owned by PFSI, are valid and subsisting, and constitute *prima facie* and/or conclusive evidence of PFSI's exclusive right to use its registered marks in connection with the goods and/or services covered by the registrations, *e.g.*, real estate, investment, investment management, investment advisory, lending, insurance, underwriting, employee benefits, estate planning, tax consultation, financial, banking, mutual funds, retirement, global asset management, and healthcare related services.  *See* 15 U.S.C. §§ 1115(a) and (b).

26.     Since long before the acts of Defendants complained of herein, PFSI and/or its affiliates, licensees or predecessors-in-interest have continuously used one or more of the marks which comprise its PRINCIPAL Family of Marks in the State of Illinois and elsewhere in interstate commerce.

**<u>Defendant's Infringing Acts</u>**

27.     Despite actual and/or constructive notice of PFSI's rights in and to its PRINCIPAL Family of Marks, on or about January 25, 2014, Defendant JOHN DOE obtained a domain name registration for the domain name <u>principalglobalinvestorsllc.com</u> which fully incorporates and is confusingly similar to PFSI's famous PRINCIPAL Family of Marks including, but not limited to, its PRINCIPAL GLOBAL INVESTORS trade name and service mark.

28.     Despite actual and/or constructive notice of PFSI's rights in and to its PRINCIPAL Family of Marks, at some time after January 25, 2014, Defendant JOHN DOE commenced

operation of and continues to operate an Internet web site at the url

http://www.principalglobalinvestorsllc.com where it offers residential, commercial and industrial

real estate management services as well as resale and rental of time share memberships throughout

the State of Illinois and in interstate commerce under the trade name and service mark

PRINCIPAL GLOBAL INVESTORS LLC (hereinafter "Defendants' Services").  A copy of the

various pages associated with said infringing web site are attached hereto as Exhibit D.

29.     Despite actual and/or constructive notice of PFSI's rights in and to its PRINCIPAL

Family of Marks, on or about January 25, 2014, Defendant DOMAINS BY PROXY, LLC

obtained a domain name registration for the domain name principalglobalinvestorsllc.com which

fully incorporates and is confusingly similar to PFSI's famous PRINCIPAL Family of Marks

including, but not limited to, its PRINCIPAL GLOBAL INVESTORS trade name and service

mark.

30.      Defendant DOMAINS BY PROXY, LLC provides WHOIS privacy protection

services to Defendant JOHN DOE for the domain name principalglobalinvestorsllc.com and is,

therefore, by virtue of this service that it provides to Defendant JOHN DOE, also the Registrant

for said domain name.  Defendant DOMAINS BY PROXY, LLC thus has control over the

infringing domain name principalglobalinvestorsllc.com.

31.     Defendant GODADDY.COM, LLC is the Registrar of the domain name

principalglobalinvestorsllc.com.  Defendant GODADDY.COM, LLC thus has control over the

infringing domain name principalglobalinvestorsllc.com.

32.     Defendant GO DADDY OPERATING COMPANY, LLC is the parent company of

GODADDY.COM, LLC.  Defendant GO DADDY OPERATING COMPANY, LLC thus has

control over the infringing domain name principalglobalinvestorsllc.com.

33.     Defendant NEW WAVE NETCONNECT LLC is the ISP that provides web site

hosting services and/or related Internet services for the infringing domain name

principalglobalinvestorsllc.com and the associated infringing web site located at the url

http://www.principalglobalinvestorsllc.com and thus has control over same.

34.    Upon information and belief, notwithstanding Principal's well-established rights in and to the PRINCIPAL Family of Marks and with constructive and/or actual knowledge of same, Defendants commenced use, within the State of Illinois and in interstate commerce, of the PRINCIPAL GLOBAL INVESTORS LLC Mark in connection with Defendants' Services.

35.    Upon information and belief, notwithstanding Principal's well-established rights in and to the PRINCIPAL Family of Marks and with constructive and/or actual knowledge of same, Defendants JOHN DOE and DOMAINS BY PROXY, LLC registered the domain name principalglobalinvestorsllc.com.

36.    Defendants JOHN DOE and DOMAINS BY PROXY, LLC operate a website at the url http://www.principalglobalinvestorsllc.com, in which they offer Defendants' Services under the PRINCIPAL GLOBAL INVESTORS LLC Mark.

37.    According to the infringing web site, Defendant JOHN DOE claims to operate a business under the name of PRINCIPAL GLOBAL INVESTORS LLC at 65 East Wacker Place, Suite 610, Chicago, Illinois 60601 with a corresponding phone number of 773.657.9025.

38.    Upon information and belief, a representative for Defendant JOHN DOE answers the telephone associated with the telephone number 773.657.9025 as "Principal Global Investors".

39.    Defendants' use of the PRINCIPAL GLOBAL INVESTORS LLC Mark has caused actual confusion and is likely to continue to cause actual confusion in the marketplace as to source, origin, sponsorship and/or affiliation with Plaintiffs' PRINCIPAL Family of Marks.

40.    Defendants' PRINCIPAL GLOBAL INVESTORS LLC Mark is identical or virtually identical and/or confusingly similar to Plaintiffs' PRINCIPAL Family of Marks.

41.    Plaintiffs' Services and Defendants' Services as well as the classes of consumers who purchase such services are identical and/or virtually identical.

42.     Upon information and belief, Defendant JOHN DOE adopted, used and continues to use the PRINCIPAL GLOBAL INVESTORS LLC Mark without the express or implied consent of PFSI and/or PGI.

43.     Upon information and belief, Defendant JOHN DOE adopted the PRINCIPAL GLOBAL INVESTORS LLC Mark with the intent to trade on and/or capitalize on the goodwill symbolized by the PRINCIPAL Family of Marks.

44.     At no time did Plaintiffs authorize, licenses or to otherwise permit any of the Defendants to use or display any of the famous PRINCIPAL Family of Marks and/or any marks which incorporate PRINCIPAL and/or PRINCIPLE.

45.     In light of Defendants' actual and/or constructive notice of PFSI's rights in and to its famous PRINCIPAL Family of Marks, Defendants' actions are willful, deliberate and specifically calculated to trade off of the reputation and goodwill associated with the famous PRINCIPAL Family of Marks.

46.     Defendants' past and ongoing use of the PRINCIPAL GLOBAL INVESTORS LLC mark, which is identical and/or confusingly similar to one or more of the famous PRINCIPAL Family of Marks has caused substantial harm to Plaintiffs, for which there is no adequate remedy at law and unless Defendants are restrained and enjoined by the Court, these acts will continue to cause damage and irreparable injury to Plaintiffs by continuing to damage the goodwill associated with the PRINCIPAL Family of Marks as well as Plaintiffs' business reputation.

47.     Defendants' past and ongoing use of the PRINCIPAL GLOBAL INVESTORS LLC mark, which is identical and/or confusingly similar to one or more of the famous PRINCIPAL Family of Marks, is likely to mislead, deceive and/or confuse the purchasing public as to the source of JOHN DOE'S Services.

48.     Defendants had and continue to have no legitimate reason or good faith basis to

register the domain name principalglobalinvestorsllc.com and/or use the PRINCIPAL GLOBAL

INVESTORS LLC Mark.  Defendants' intent in registering and using the infringing domain name

and mark was and is to profit from the goodwill and value associated with one or more of the

famous PRINCIPAL Family of Marks.

## COUNT I

### Violation of Section 32(1) of the Lanham Act – Trademark Infringement

49.     Plaintiffs repeat and re-allege the allegations of paragraphs 1 through 48 as if fully

set forth herein.

50.     Defendants' use of the PRINCIPAL GLOBAL INVESTORS LLC Mark is likely to

cause public confusion, mistake or deception as to the origin or source of Defendants' Services, in

violation of the Lanham Act, 15 U.S.C. § 1114(1).

51.     Defendants' acts, as alleged herein, constitute willful trademark infringement as

contemplated by the Lanham Act, 15 U.S.C. § 1117.

52.     Defendant's acts, as complained of herein, have caused irreparable injury and

damage to Plaintiffs and, unless restrained, will continue to do so.

53.     Plaintiffs have no adequate remedy at law.

54.     Plaintiffs have suffered and continue to suffer economic loss directly and

proximately caused by Defendants' acts alleged herein.

## COUNT II

### Violation of Section 43(a) of the Lanham Act – Unfair Competition

55.     Plaintiffs repeat and re-allege the allegations of paragraphs 1 through 54 as if fully

set forth herein.

56.     Defendants' use of the PRINCIPAL GLOBAL INVESTORS LLC Mark constitutes

a false designation of origin, a false or misleading description of fact or a false or misleading

representation of fact which is likely to cause confusion, mistake or deception in violation of the

Lanham Act, Section 43(a), 15 U.S.C. § 1125(a).

57.     Defendants' acts, as alleged herein, constitute willful trademark infringement as contemplated by the Lanham Act, 15 U.S.C. § 1117.

58.     Defendants' acts, as complained of herein, have caused irreparable injury and damage to Plaintiffs, and, unless restrained, will continue to do so.

59.     Plaintiffs have no adequate remedy at law.

60.     Plaintiffs have suffered and continues to suffer economic loss directly and proximately caused by Defendant's acts alleged herein.

## COUNT III

### Violation of Section 43(c) of the Lanham Act – Trademark Dilution

61.     Plaintiffs repeat and re-allege the allegations of paragraphs 1 through 60 as if fully set forth herein.

62.     Based on the inherent and/or acquired distinctiveness of the PRINCIPAL Family of Marks; the duration and extent of Plaintiffs' use of the PRINCIPAL Family of Marks; the duration and extent of advertising featuring the PRINCIPAL Family of Marks; the geographic area in which Plaintiffs have sold and advertised goods and/or services featuring the PRINCIPAL Family of Marks; the nature of the trade channels Plaintiffs use to market goods and/or services featuring the PRINCIPAL Family of Marks compared to the channels through which Defendants sell their services; the degree of public recognition of the PRINCIPAL Family of Marks; and the various federal registrations for the PRINCIPAL Family of Marks, the PRINCIPAL Family of Marks has become famous as contemplated by Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

63.     The aforesaid willful and deliberate acts of Defendants, all occurring after the PRINCIPAL Family of Marks became famous, have caused and continue to cause dilution and/or are likely to cause dilution of the famous PRINCIPAL Family of Marks and thus constitute trademark dilution in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).  Unless

Defendants are enjoined from engaging in their wrongful conduct, Plaintiffs will suffer further irreparable injury and harm, for which they have no adequate remedy at law.

64.     Plaintiffs have suffered and continue to suffer economic loss directly and proximately caused by Defendants' actions alleged herein.

## COUNT IV

## Violation of Illinois Deceptive Trade Practices Act

65.     Plaintiffs repeat and reallege the allegations contained in the foregoing paragraphs 1-64.

66.     Defendants' acts as complained of herein created a likelihood of confusion or of misunderstanding as to the source, sponsorship or approval of Plaintiffs' and Defendants' services, as well as a likelihood of confusion or of misunderstanding as to affiliation, connection or association of Plaintiffs and Defendants.

67.     By engaging in these deceptive trade practices, Defendants have directed these deceptive trade practices to the market generally, thereby directly implicating the consumer protection concerns invoked by the Illinois Deceptive Trade Practices Act.

68.     Such conduct by Defendants has violated and continues to violate the Illinois Deceptive Trade Practices Act, 815 ILCS 510/1 *et seq*.

69.     The acts complained of hereinabove have caused irreparable harm, damage and injury to Plaintiffs, and Plaintiffs have no adequate remedy at law.

70.     Defendants' acts were conducted in bad faith, in conscious and deliberate disregard of Plaintiffs' rights, and were performed with the intention of depriving Plaintiffs of their rights. Accordingly, Defendants' conduct merits, and Plaintiffs seek, an award of punitive damages in an amount sufficient to punish Defendants and deter such conduct in the future.

## COUNT V

### Unfair Competition under Illinois Common Law

71.     Plaintiffs repeat and re-allege the allegations of paragraphs 1 through 70 as if fully set forth herein.

72.     Plaintiffs enjoy well-established common law service mark rights in and to the famous PRINCIPAL Family of Marks, which rights are superior to any rights that Defendants may claim, and have built significant goodwill in same.

73.     Plaintiffs first adopted and used the famous PRINCIPAL Family of Marks in their market or trade area as a means of establishing goodwill and reputation and to describe, identify or denominate particular goods and/or services rendered or offered by Plaintiffs and to distinguish them from similar goods and services rendered or offered by others.  As a result, Plaintiffs' famous PRINCIPAL Family of Marks has acquired secondary meaning.

74.     Defendants have used, in connection with the sale of its services, a term or name that is identical or confusingly similar to Plaintiffs' famous PRINCIPAL Family of Marks and which is likely to cause and/or has caused confusion or mistake as to the source, affiliation, connection or association of Defendants' Services in that consumers thereof are likely to associate or have associated such services as originating with Plaintiffs, all to the detriment of Plaintiffs.

75.     Defendants' conduct as complained of here constitutes unfair competition under the common law of Illinois.

76.     Plaintiffs have no adequate remedy at law.

77.     Plaintiffs have suffered and continues to suffer economic loss directly and proximately caused by Defendants' actions alleged herein.

## COUNT VI

### Federal Anti-cybersquatting Consumer Protection Act Violations

78.     Plaintiffs repeat and re-allege the allegations of paragraphs 1 through 77 as if fully

set forth herein.

79.     Defendants' acts as complained of herein constitute a violation of the Federal Anticybersquatting and Consumer Protection Act, 15 U.S.C. § 1125(d).

80.     Defendants JOHN DOE and DOMAINS BY PROXY, LLC registered, own and continue to use the infringing domain name principalglobalinvestorsllc.com despite actual and/or constructive knowledge of Plaintiffs' rights in and to its famous PRINCIPAL Family of Marks.

81.     Prior to registration of the domain name principalglobalinvestorsllc.com, the PRINCIPAL Family of Marks had become famous and distinctive.

82.     The infringing domain name is identical and/or confusingly similar to one or more of the famous PRINCIPAL Family of Marks including, but not limited to, Plaintiffs' PRINCIPAL GLOBAL INVESTORS marks as referenced herein.

83.     Defendants JOHN DOE and DOMAINS BY PROXY, LLC registered, own and continue to use the infringing domain name principalglobalinvestorsllc.com with a bad faith intent to profit from and/or trade off of the goodwill associated with Plaintiffs' famous PRINCIPAL Family of Marks.

84.     These acts have caused, and unless restrained by this Court will continue to cause, serious and irreparable injury to Plaintiffs, for which Plaintiffs' have no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that the Court enter judgment against Defendants and grant the following relief:

A.     Find that Defendants willfully violated Sections 32(1), 43(a), 43(c) and 43(d) of the Lanham Act, 15 U.S.C. § 1051 *et seq.;*

B.     Find that Defendants committed acts of unfair competition and deceptive trade practices in violation of Illinois common law and 815 ILCS 510/1 *et seq.*;

C.       Preliminarily and permanently enjoin Defendants as well as any officers, agents, servants, employees and attorneys, and all persons in active concert or participation with the Defendants, from use of the PRINCIPAL GLOBAL INVESTORS LLC Mark or any other colorable imitation of any PRINCIPAL or PRINCIPLE formative trade name and trademark in any advertisement, promotion, offer for sale, or sale of any goods or services that are sufficiently similar to those offered by Plaintiffs such that confusion is likely;

D.       Pursuant to 15 U.S.C. § 1118, order Defendants to deliver up and destroy all products, labels, signs, packages, wrappers, advertisements, promotions and all other matter in custody or under the control of Defendants that bear any of the PRINCIPAL Family of Marks or any other mark that is likely to be confused with one or more of the PRINCIPAL Family of Marks;

E.       Find Defendants liable for direct and contributory infringement of Plaintiffs' famous PRINCIPAL Family of Marks and for the acts of unfair competition and trademark dilution alleged herein;

F.       Order an award to Plaintiffs of all actual damages and an accounting of any gains, profits and advantages derived by Defendants resulting from the infringing acts complained of herein;

G.       Order transfer of the domain name registration for principalglobalinvestorsllc.com to Plaintiff PFSI;

H.       Order an award of three times the amount of Plaintiffs' damages or Defendants' profits, whichever is greater;

I.       Order an award to Plaintiffs of all pre-judgment and post-judgment interest to the extent allowed by law;

J.       Order an award of statutory damages to Plaintiffs pursuant to 15 U.S.C. § 1117(d) consisting of $100,000 for the infringing domain name principalglobalinvestorsllc.com;

K.      Pursuant to 15 U.S.C. § 1116, order Defendants to file with the Court and serve on

Plaintiffs within thirty (30) days after issuance of an Order, a report in writing and under oath

setting forth in detail the manner and form in which Defendants have complied with the Order;

L.      Award Plaintiffs all of their costs, disbursements and reasonable attorneys' fees due

to the exceptional nature of the case pursuant to 15 U.S.C. § 1117; and

M.      Award Plaintiffs other such relief, in law or in equity, as this Court deems

appropriate.


Plaintiffs hereby demands trial by jury on all issues.

Respectfully submitted,


/s/ Richard B. Biagi

Richard B. Biagi, Esq.
Kevin J. McDevitt, Esq.
**NEAL & McDEVITT, LLC**
1776 Ash Street
Northfield, IL  60093
Telephone:  (847) 441-9100
Facsimile:   (847) 441-0911

***Attorneys for Plaintiffs***

4835-5670-5560, v.  2