**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PRINCIPAL FINANCIAL SERVICES, INC., an Iowa Corporation, <br><br>and<br><br>PRINCIPAL GLOBAL INVESTORS, LLC <br>A Delaware Limited Liability Company,<br><br>        Plaintiffs,<br><br>v.<br><br>MAURICIO IZQUIERDO<br>an individual ,<br><br>and<br><br>John Doe,<br><br>        Defendants. | Civil Action No.: 1:14-CV-01283<br><br>Honorable Harry D. Leinenweber |

## MOTION FOR ENTRY OF [PROPOSED] FINAL JUDGMENT

Plaintiffs PRINCIPAL FINANCIAL SERVICES, INC. and PRINCIPAL GLOBAL INVESTORS, LLC, (collectively "Plaintiffs") by and through its attorneys, hereby move for entry of Final Judgment as set out in the [Proposed] Final Judgment against Defendant Mauricio Izquierdo filed simultaneously herewith.

                                                              Respectfully submitted,

Date: January 27, 2015                    */s/ Richard B. Biagi*
                                                            Neal & McDevitt
                                                            1776 Ash Street
                                                            Northfield, Illinois, 60093
                                                            rbiagi@nealmcdevitt.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record via CM/ECF on January 27, 2015 and to Defendant via email.

Respectfully submitted,

Date: January 27, 2015

*/s/ Richard B. Biagi*
Neal & McDevitt
1776 Ash Street
Northfield, Illinois, 60093
rbiagi@nealmcdevitt.com
(847) 881-2455